IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 9/19/07*

| | |
|---|---|
| ORLANDO PEREZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>M.S. EVANS,<br><br>　　　　　　　　　　Defendant. | Case No. C 06-5220 RMW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR A THIRTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Defendant filed a request for a thirty-day extension of time up to and including October 19, 2007, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendant's request, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's request for a thirty-day extension of time is granted. Defendant may file a motion for summary judgment or other dispositive motion by October 19, 2007. Plaintiff's opposition is due by November 19, 2007. Defendants shall file a reply brief by December 4, 2007.

IT IS SO ORDERED.

Dated: 9/19/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

[Proposed] Order Granting 30-Day Ext. of Time to File Dispositive Mot.　　　　O. Perez v. M.S. Evans, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 06-5220 RMW (PR)

1