*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORLANDO PEREZ, | ) | No. C 06-5220 RMW (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| M.S. EVANS, | ) ) | |
| Defendant. | ) ) | |

This civil rights action has been dismissed without prejudice. A judgment of dismissal without prejudice is entered in favor of defendant. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.06\Perez220jud          1